PAUL L. REIN, Esq. (SBN 43053)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/823-4787

JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICE OF JULIE OSTIL
1989 Santa Rita Road, No. A-405
Pleasanton, CA 94566
Telephone: 925/265-8257
Facsimile: 925/999-9465

Attorneys for Plaintiffs
ROBERT ATTEBERY AND STEVEN PROE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ATTEBERY AND STEVEN PROE,<br><br>Plaintiffs,<br><br>v.<br><br>PLACER COUNTY; CITY OF ROSEVILLE; SUPERIOR COURT OF CALIFORNIA; and DOES 1-10, Inclusive,<br><br>Defendants.<br>_____/ | CASE NO. 2:08-CV-01778-JAM-JFM<br><u>Civil Rights</u><br><br>**STIPULATION TO REQUEST EXTENSION OF TIME FOR THE PARTIES TO FILE JOINT STATUS REPORT** |

       Defendants City of Roseville and County of Placer, and plaintiffs Robert Attebery and Steven Proe, by and through their respective counsel, hereby jointly stipulate and request the Court grant a 30 day extension for the parties to file a Joint Status Report. This request is based on the following good cause:

       1.     Plaintiffs timely served defendant City of Roseville and defendant Placer County on September 8, 2008. Defendant Placer County filed its answer on September 29, 2008. Defendant City of Roseville, after obtaining a stipulation with plaintiffs to extend time to respond, filed its answer on October

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO EXTEND TIME FOR JOINT STATUS REPORT
CASE NO. 2:08-CV-01778 JAM   -1-   C:\Documents and Settings\HVine\Desktop\08cv1778.o.1110.wpd

20, 2008.

    2. The attorneys for defendant Superior Court of California have disputed service, which plaintiffs completed on October 2, 2008. Plaintiffs and counsel for the Superior Court are in negotiations on an agreement regarding service and filing of an answer.

    3. Defendant City of Roseville is attempting to extract itself from the litigation before the need to participate in the joint statement.

    4. Therefore, the existing parties request that the Court grant a 30 day extension for the parties to "confer as required by Fed. R. Civ. P. 26(f)" and "submit to the court a joint status report that includes the Rule 26(f) discovery plan," and so that the remaining defendant, the Superior Court, can be given the opportunity to participate in the Joint Status Report.

Dated: November 7, 2008   LAW OFFICES OF PAUL L. REIN
                          LAW OFFICE OF JULIE OSTIL

                          By CELIA McGUINNESS
                          Attorneys for Plaintiffs
                          ROBERT ATTEBERY
                          and STEVEN PROE

Dated: November 7, 2008   PORTER SCOTT

                          By STEPHEN E. HORAN
                          Attorneys for defendant
                          CITY OF ROSEVILLE

Dated: November 7, 2008   VAUGHAN & ASSOCIATES

                          By CRIS C. VAUGHAN
                          Attorneys for defendant
                          COUNTY OF PLACER

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO EXTEND TIME FOR JOINT STATUS REPORT
CASE NO. 2:08-CV-01778 JAM    -2-    C:\Documents and Settings\HVine\Desktop\08cv1778.o.1110.wpd

1  ORDER

2  Pursuant to stipulation by the parties, and for good cause shown, the
3  date for the parties to file the Joint Status Report is continued to December 8,
4  2008.

6  **IT IS SO ORDERED.**

8  Dated:   November 10, 2008        /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
9                                    United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO EXTEND TIME FOR JOINT STATUS REPORT
CASE NO. 2:08-CV-01778 JAM               -3-               C:\Documents and Settings\HVine\Desktop\08cv1778.o.1110.wpd