UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ATTEBERY AND STEVEN PROE, | Case No. 2:08-CV-01778 JAM-JFM |
| Plaintiffs, | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | |
| PLACER COUNTY; CITY OF ROSEVILLE; SUPERIOR COURT OF CALIFORNIA; and DOES 1-10, inclusive, | |
| Defendants. | |

   Plaintiffs' Motion for Reconsideration (Docket at #33) of this Court's March 12, 2009 Order ("Order") is DENIED.  Plaintiffs have failed to provide any evidence or legal cause which would warrant the Court's reconsideration of its Order.  Plaintiffs simply want this Court to change its decision but have not made the required showing to justify the Court doing so.  Implicit in the Court's Order was the finding that plaintiffs did not plead allegations against Defendant Superior Court of California ("Superior Court") sufficient to support federal claims for damages.  No amendment can change the undisputed fact that the Superior Court did not own,

1

operate or control the physical aspects of the now-closed Placer County Courthouse where plaintiffs claim they were denied equal access to the Courthouse.  Accordingly, the Court's prior Order stands and plaintiffs' motion herein is DENIED.

    IT IS SO ORDERED.

Dated:  July 8, 2009.

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE