PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiffs
ROBERT ATTEBERY AND STEVEN PROE

CRIS VAUGHAN, Esq. (SBN 99568)
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite, 800
Loomis, CA 95650
Telephone: 916/660-9401
Facsimile: 916/660-9378

Attorneys for Defendant
COUNTY OF PLACER

STEPHEN E. HORAN, Esq. (SBN 125241)
NOAH M. BEAN, Esq. (SBN 257657)
PORTER, SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
Telephone: 916/929-1481
Facsimile: 916/927-3706

Attorneys for Defendant
CITY OF ROSEVILLE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ATTEBERY AND STEVEN PROE,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER; CITY OF ROSEVILLE; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. 2:08-CV-01778-JAM-JFM<br>Civil Rights<br><br>**JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE** |

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

JOINT STIPULATION TO EXTEND
EXPERT DISCLOSURE DEADLINE
CASE NO. 2:08-CV-01778 JAM-JFM                -1-                C:\Documents and Settings\HVine\Desktop\08cv1778.o.1013.wpd

Plaintiffs ROBERT ATTEBERY AND STEVEN PROE and Defendants COUNTY OF PLACER; CITY OF ROSEVILLE, by and through their respective counsel, hereby request that the Court extend the current expert disclosure deadline, October 9, 2009 for 45 days. This request, if granted, would move the expert disclosure deadline to November 23, 2009.

Good cause exists for the extension and request for settlement conference:

1. On September 18, 2009, plaintiff's counsel made an offer to settle the case as to both remaining defendants.
2. On October 6, 2009, defendant City of Roseville served Rule 68 offer, and defendant County of Roseville is also interested in settlement discussions.
3. Because the parties are working cooperatively to move the case toward early settlement, expert disclosure at the date currently set, October 9, 2009, would needlessly increase costs in this case.
4. Therefore, all parties join in requesting an extension of the expert disclosure date.

//

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

JOINT STIPULATION TO EXTEND
EXPERT DISCLOSURE DEADLINE
CASE NO. 2:08-CV-01778 JAM-JFM                    -2-                    C:\Documents and Settings\HVine\Desktop\08cv1778.o.1013.wpd

| | | |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | Dated: October 8, 2009 | LAW OFFICES OF PAUL L. REIN |

        /s/ Paul L. Rein
By PAUL L. REIN
Attorneys for Plaintiffs
ROBERT ATTEBERY
and STEVEN PROE

Dated: October 8, 2009   VAUGHAN & ASSOCIATES

        /s/ Cris Vaughn
By CRIS VAUGHAN
Attorneys for Defendant
COUNTY OF PLACER

Dated: October 8, 2009   PORTER SCOTT

        /s/ Noah Bean
By NOAH BEAN
Attorneys for Defendant
CITY OF ROSEVILLE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

JOINT STIPULATION TO EXTEND
EXPERT DISCLOSURE DEADLINE
CASE NO. 2:08-CV-01778 JAM-JFM        -3-        C:\Documents and Settings\HVine\Desktop\08cv1778.o.1013.wpd

## ORDER

Good cause having been shown, the parties' stipulation and request that the Court extend the set expert disclosure deadline for 45 days from October 9, 2009, to November 23, 2009, is hereby GRANTED.

IT IS SO ORDERED.

Dated: October 13, 2009          /s/ John A. Mendez
                                 JOHN A. MENDEZ
                                 United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

JOINT STIPULATION TO EXTEND
EXPERT DISCLOSURE DEADLINE
CASE NO. 2:08-CV-01778 JAM-JFM    -4-    C:\Documents and Settings\HVine\Desktop\08cv1778.o.1013.wpd