1  CRIS C. VAUGHAN, ESQ.  SBN 99568
2  VAUGHAN & ASSOCIATES
   6207 South Walnut Street, Suite 800
3  Loomis, CA 95650
   Telephone: 916-660-9401
4  Facsimile: 916-660-9378

5
   Attorneys for Defendant
6  COUNTY OF PLACER

7  PAUL L. REIN, ESQ.  SBN 43053
   CELIA McGUINNESS, ESQ.  SBN 159420
8  LAW OFFICES OF PAUL L. REIN
9  200 Lakeside Drive, Suite A
   Oakland, CA  94612
10 Telephone:  510-832-5001
11 Facsimile:  510-832-4787

12 Attorneys for Plaintiffs,
   ROBERT ATTEBERY and STEVEN PROE
13

14 STEPHEN E. HORAN, ESQ.  SBN 125241
   NOAH M. BEAN, ESQ.  SBN  257657
15 PORTER, SCOTT
   350 University Avenue, Suite 200
16 Sacramento, CA  95825
17 Telephone:  916-929-1481
   Facsimile:  916-927-3706
18
19 Attorneys for Defendant
   CITY OF ROSEVILLE
20

21              UNITED STATES DISTRICT COURT
22              EASTERN DISTRICT OF CALIFORNIA

23
                        CASE NO.  08-CV-01778-JAM-JFM
24

25

-1-
*Joint Stipulation and Proposed Order*           *2:09-CV-01778-JAM-JFM*

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| ROBERT ATTEBERY AND STEVEN PROE,<br><br>    Plaintiffs,<br><br>v.<br><br>PLACER COUNTY; CITY OF ROSEVILLE; SUPERIOR COURT OF CALIFORNIA; and DOES 1-10, Inclusive,<br><br>    Defendants. | **JOINT STIPULATION AND TO CONTINUE HEARING DATE FOR DEFENDANT**<br>**PLACER COUNTY'S MOTION FOR SUMMARY JUDGMENT** |

    Defendants, COUNTY OF PLACER and CITY OF ROSEVILLE and Plaintiffs ROBERT ATTEBERY and STEPHEN PROE by and through their respective counsel, hereby request the Court to continue the Motion for Summary Judgment filed by Defendant COUNTY OF PLACER currently set for hearing on November 18, 2009 at 9:0 a.m. to January 6, 2010 at 9:00 a.m.

    Good cause exists for the continuance:

    1.    On October 13, 2009, Plaintiff sent a settlement offer to Defendant, CITY OF ROSEVILLE, who has accepted the offer and settlement documents are being drafted.

    2.    On October 22, 2009, Plaintiff sent a settlement offer to Defendant, COUNTY OF PLACER, who is considering the offer which must be approved by the Placer County Board of Supervisors.

    3.    Because the parties are actively pursuing settlement discussions, there is no need for Plaintiffs' attorneys to incur any additional attorneys' fees in preparing an

PDF created with pdfFactory trial version www.pdffactory.com

opposition to Defendant, COUNTY OF PLACER's, Motion for Summary Judgment if the case is going to settle soon.

    4.    Therefore, all parties join in requesting a continuance of the presently set Motion for Summary Judgment to January 6, 2010 at 9:00 a.m.

RESPECTFULLY SUBMITTED,

Dated: October 27, 2009    VAUGHAN & ASSOCIATES

/s/ Cris C. Vaughan
Cris C. Vaughan
Attorneys for Defendant,
COUNTY OF PLACER

Dated: October 27, 2009    LAW OFFICES OF PAUL L. REIN

/s/ Paul L Rein
Paul L. Rein
Attorneys for Plaintiffs,
ROBERT ATTEBERY and STEPHEN PROE

Dated: October 27, 2009    PORTER, SCOTT

/s/ Noah Bean
Noah M. Bean
Attorneys for Defendant,
CITY OF ROSEVILLE

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Good cause having been shown, the parties' stipulation and request that the Court continue the hearing date for the Motion for Summary Judgment from November 18, 2009 to January 6, 2010 at 9:00 a.m. in Courtroom 6 is hereby GRANTED.

If the parties file notice of settlement before January 6, 2010, the hearing will be vacated.

IT IS SO ORDERED.

Dated:  October 28, 2009             /s/ John A. Mendez_____
                                     JOHN A. MENDEZ
                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com