**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Noah M. Bean, SBN 257657
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant,
CITY OF ROSEVILLE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ATTEBERY and STEVEN PROE,<br><br>    Plaintiffs,<br><br>vs.<br><br>PLACER COUNTY; CITY OF ROSEVILLE; SUPERIOR COURT OF CALIFORNIA; and Does 10, Inclusive,<br><br>    Defendants.<br>_____/ | Case No. 2:08-CV-01778-JAM-JFM<br><br>**STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT CITY OF ROSEVILLE; ORDER** |

WHEREAS, Defendant City of Roseville and Plaintiff Robert Attebery have settled all claims between them;

WHEREAS, Defendant City of Roseville and Plaintiff Steven Proe have settled all claims between them;

Defendant City of Roseville, Plaintiff Robert Attebery and Plaintiff Steven Proe hereby stipulate, through their respective undersigned counsel, that all claims against Defendant City of Roseville be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: December 15, 2009            LAW OFFICES OF PAUL L. REIN

                                    By    /s/ Paul Rein
                                        Paul Rein, Esq.
                                        Attorney for Plaintiffs, Robert Attebery and
                                        Steven Proe

1

**STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT CITY OF ROSEVILLE;
PROPOSED ORDER**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00740021.WPD

DATED: December 30, 2009 PORTER SCOTT
A PROFESSIONAL CORPORATION


By   /s/ Noah M. Bean
    Stephen E. Horan, Esq.
    Noah M. Bean, Esq.
    Attorneys for Defendant,
    CITY OF ROSEVILLE


**O R D E R**

IT IS SO ORDERED.

DATED:   1/4/2010


/s/ John A. Mendez
JOHN A. MENDEZ
JUDGE, U.S. DISTRICT COURT

2
**STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT CITY OF ROSEVILLE;
PROPOSED ORDER**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00740021.WPD