CRIS C. VAUGHAN, ESQ.  SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendant
COUNTY OF PLACER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ATTEBERY AND STEVEN PROE,<br><br>    Plaintiffs,<br>    v.<br><br>PLACER COUNTY; CITY OF ROSEVILLE; SUPERIOR COURT OF CALIFORNIA; and DOES 1-10, Inclusive,<br><br>    Defendants. | CASE NO.  08-CV-01778-JAM-JFM<br><br>ORDER FOR DISMISSAL<br><br><br>Complaint Filed: December 5, 2008 |

Pursuant to the Stipulated Dismissal filed on December 30, 2009 by and between Plaintiffs, Robert Attebery and Steven Proe, and Defendant, County of Placer, through their designated counsel this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 26, 2010            /s/ John A. Mendez
                                   John A. Mendez, Judge
                                   United States District Court

PDF created with pdfFactory trial version www.pdffactory.com